Dismissed and Memorandum Opinion filed February 19, 2009








Dismissed
and Memorandum Opinion filed February 19, 2009.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00444-CR

____________

 

EX PARTE CHARLES RAY
EDWARDS

 

 



 

On Appeal from the 184th District
Court

Harris County, Texas

Trial Court Cause No. 1139857

 



 

M E M O R A N D U M   O P I N I O N

Appellant
was charged with the offense of possession of a controlled substance. 
Appellant filed two pre-trial applications for writ of habeas corpus. 
Appellant has been convicted and his appeal is now pending in the First Court
of Appeals (Trial Court Cause No. 1167894, Appeal No. 01-08-00502-CR). 
Appellant=s conviction renders the issues raised in his pre-trial applications for
writ of habeas corpus moot.  See Ex parte Morgan, 335 S.W.2d 766, 766
(Tex. Crim. App. 1960); Ex parte Bennet, 818 S.W.2d 199, 200 (Tex. App.CHouston [14th Dist.] 1991, no pet.)
(stating that Awhere the premise of a habeas corpus application is destroyed by
subsequent developments, the legal issues raised thereunder are rendered moot.@).  








Accordingly,
we dismiss appellant=s appeal as moot.  

 

PER CURIAM

 

 

Panel consists of Justices Frost, Brown, and Boyce.

Do Not Publish C Tex. R. App. P. 47.2(b).